UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONNA LEDOUX,<br>    Plaintiff,<br><br>v.<br><br>CITY OF MARLBOROUGH, PAUL CONNORS, CHRISTOPHER LEDUC, and RYAN BRASWELL,<br>    Defendants. | CA. No. 20-40151 |

### DEFENDANTS CITY OF MARLBOROUGH, PAUL CONNORS, CHRISTOPHER LEDUC AND RYAN BRASWELL'S NOTICE OF REMOVAL

NOW COME the defendants City of Marlborough, Paul Connors, Christopher LeDuc and Ryan Braswell (herein "defendants") in the above-entitled cause, and respectfully show to the Court:

1. The above action has been brought in the Worcester Superior Court and is now pending therein. Said action was commenced on October 16, 2020, the defendants were served on November 19, 2020 and the time for filing of this notice has not expired.

2. Said action involves a controversy of federal question, namely, alleged civil rights violations under 42 U.S.C. § 1983.

3. The nature of the controversy between the plaintiff, Donna LeDoux and said petitioners is as follows: the plaintiff alleges that her rights were violated when the plaintiff was purportedly arrested after suffering a medical emergency, causing a motor vehicle accident and leaving the scene of the accident. In her complaint, the plaintiff alleges negligence against the City of Marlborough, excessive force, state civil rights violations, malicious prosecution, false arrest, assault and battery, abuse of process, and federal civil rights violations by the individually named police officers.

4. The matter in controversy between the plaintiff and defendants involves federal questions.

WHEREFORE the petitioners pray that this cause be removed from said state court to this Honorable Court as provided by law.

DEFENDANTS,
BY THEIR ATTORNEY,

/s/ *Courtney E. Mayo*
Courtney E. Mayo, Esquire
BBO # 657790
cmayo@hassettanddonnelly.com
Hassett & Donnelly, P.C.
446 Main Street - 12th Floor
Worcester, MA 01608
Phone: (508) 791-6287

December 4, 2020

## CERTIFICATE OF SERVICE

    I, Courtney E. Mayo, counsel of record for the defendants City of Marlborough, Paul Connors, Christopher LeDuc and Ryan Braswell in this action, do hereby certify that I have served a copy of the foregoing to all parties by electronic mail and through the Electronic Case Filing System this 4th day of December 2020 to:

Michael J. Heineman, Esquire
Heinlein Beeler Mingace & Heineman, PC
276 Union Avenue
Framingham, MA 01702
MHeineman@HBMHlaw.com

/s/ *Courtney E. Mayo*
Courtney E. Mayo, Esquire

2